IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                    15-CR-28-LJV

DANIEL HUZINEC,

            Defendant.

_____

## GOVERNMENT'S MOTION FOR
## A PROTECTIVE ORDER AND ORDER TO SEAL

**THE UNITED STATES OF AMERICA,** by and through its attorneys, James P. Kennedy, Jr., Acting United States Attorney for the Western District of New York, and Stephanie Lamarque, Assistant United States Attorney, of counsel, hereby moves the Court for a Protective Order pursuant to Title 18, United States Code, Section 3509(d)(1) and, for an Order permitting the filing of victim impact statements and requests for restitution under seal, for the reasons set forth below.

       1.       On January 17, 2017, defendant Daniel Huzinec pled guilty to a one count Information charging him with a violation of Title 18, United States Code, Sections 2252A(a)(2)(A), receipt of child pornography. Sentencing is scheduled for April 27, 2017.

       2.       Defendant Daniel Huzinec knowingly requested and received images of a child engaged in sexually explicit conduct. He also used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

3. Child pornography images permanently memorialize the sexual exploitation of the victims depicted. These images are most often circulated on the Internet, allowing untold numbers of people to view this victimization again and again. Unfortunately, most of these children have never been identified. However, some children have been identified through efforts of law enforcement. Regardless of whether they have been identified, every child depicted in images of child pornography that have been distributed, received, or possessed in violation of federal law as charged in federal district court has been "directly and proximately harmed as a result of a commission of a Federal offense." Title 18, United States Code, Section 3771(e). Similarly, every child depicted in such images, regardless of whether the images are the basis of federal charges, has "suffered direct physical, emotional, or pecuniary harm as a result of the commission of a crime." Title 42, United States Code, Section 10607(e)(2).

4. The government has complied with the Justice For All Act, Title 18, United States Code, Section 3771(b), by notifying the victims about the charges and plea. Some of the child victims and/or their guardians have submitted victim impact statements and/or restitution requests outlining how the possession of their image has negatively affected them.

5. Title 18, United States Code, Section 3509(d) authorizes the filing under seal the name or any other information concerning a child. Furthermore, Title 18, United States Code, Section 3509(d)(1) requires the government, the defendant and defense counsel, among other things, to "keep all documents that disclose the name or any other information

2

concerning the child in a secure place and shall disclose the documents only to a person who by reason of their participation in the proceeding have a reason to know the information." Additionally, Title 18, United States Code, Section 3771(a)(8) makes clear that a victim has "the right to be treated with fairness and with respect for the victim's dignity and privacy." Since the victim impact statements and restitution requests may contain the name of the child victims as well as other identifying and personal information, the government requests the Court seal the victim impact statements and restitution requests and issue a Protective Order limiting disclosure. Furthermore, the government requests that any other victim impact statements or restitution requests received be allowed to be filed under seal and protected by limiting disclosure.

6. Pursuant to Title 18, United States Code, Section 3509(d), it is further requested that the material and copies referenced in Paragraph 4, shall not be disclosed to the media or any other person or entity except to those persons who, by reason of their participation in the proceeding, are entitled. Nothing shall prohibit a party from using the material in connection with the proceedings in this litigation, including appeal or any collateral enforcement proceedings.

7. It is further requested that copies shall not be provided to third parties except those employed or engaged for the purpose of this litigation who shall also be bound by order of the court.

8. Finally, all copies should be returned to the United States Attorney's Office for appropriate destruction upon the conclusion of the case.

DATED: Buffalo, New York, March 23, 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY: /s/_____
STEPHANIE LAMARQUE
Assistant United States Attorney
United States Attorney's Office
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5894
Stephanie.Lamarque@usdoj.gov

TO: James P. Harrington, Esq.