# EXHIBIT A

Dear Ron,

Tomorrow morning I have court and that's when I'll know if I am allowed to speak to you for the next year or not. It is for this reason that I felt the need to write you. I know this may be a conflict of interest for you and you may not be able to respond so I will try my best to say everything now. Let me start by saying I hope you don't believe any of that crap they said on TV, I really really hope you know deep down that I would never hurt, abuse, or harm any of our kids in any way. I wish I had one last chance to tell them all the truth before "certian" parents sharpened their pitchforks and lite their toardies. I wish I could tell them all how much scouting means to me and how much I love all my scouts like little brothers. I wish I could tell their parents how much I truly care about helping them grow into the amazing people that I know they will be. I dedicated so much of my life to them. My free time, weekends, and summers all to help their kids grow, mature, learn, and advance, yet some people couldn't even wait one week to try and turn everyone else against me. When I think about this case and it's possible outcomes it's not the change in career or in schooling that hurts the most, it's losing scouting. When I think about not being able to do scouting anymore this incredible pain takes over my whole chest and I just want to cry forever. I am slowly getting used to the idea but it hurts none-the-less. I especially wish I could have said goodbye to ____. If I were to love anyone like a younger brother it's him. I have been so involved in helping him navigate life these last few years that it pains me to know I am goin to miss his ECOH and all his other milestones. If you don't mind could you express that to him and his family if you are allowed? →

If not that is okay too, but It would mean a lot to me.

Now to my next subject, the troop. I am so totally and completely sickened with myself that my personal life threatens the life of the troop. If something does happen and the troop is disbanded or they force you out, I would never be able to forgive myself. If the troop is up and running when this is all over you can expect a hearty donation of camping equipment from me. Tell all the fellow leaders that although it has only been a week that I miss them all and that I hope they are not judging me based on what the media is saying. I am not just saying this to be in denial; this next part is the honest to goodness truth that I want you to express to all the other leaders and parents. The Majority of the things that D.A. women said about me are 100% false, and I hope that truth comes out in court.

Finally I appreciate all the leaders and parents that are sticking by me and honestly believe that I didn't do anything to their kids, because I Didn't! come to court, just seeing her there, even though she didn't know what to believe, made me feel so good. She truly is a good person and I am going to miss seeing and talking to her. The last point I wanted to make is about you Ron. I love you so much and you were one of the best things in my life. You are an amazing person and just knowing you has made my life better, and the lives of everyone else around you. I feel like I let you down, and I hope you can forgive me, If you didn't I would understand. Give your family my love and I assure you not matter what happens I will be okay. If this is the last time we talk for a while then I wish you all the best. I will never meet nor know another person who could take the spot of you in my heart. Goodbye for now!

Love,
David Hayes