United States District Court
Western District of New York

  United States of America,

*Plaintiff*

*vs*

  Daniel Huzinec,

*Defendant*

**Daniel Huzinec's
Sentencing Memorandum**

15-cr-28

Dated: February 8, 2018

James P. Harrington
harrington A mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Tele: 716-853-3700
Facs: 716-853-3710
*Attorney for Daniel Huzinec*

# Introduction

This statement is provided to the Court to supplement and expand upon the PSR provided by the United States Probation Office for Daniel Huzinec's (Daniel) sentencing for his guilty plea to Title 18, United States Code, §2252A(a)(2)(A), Receipt of Child Pornography.  It will be submitted in two parts.  This part will be filed publically.  A supplement will be filed as a sealed document, if the Court grants permission to do so.  Contained in this memorandum are summaries of twenty-nine letters written on behalf Daniel to give the Court a fuller history and picture of his life. This is given to help the Court become more familiar with Daniel and the nature of this case prior to his sentencing. The actual letters are attached as Exhibit A.

# Sentencing Letters

### 1.    *Thomas Huzinec - Daniel's Father*

Thomas, Daniel's father, emphasizes his relationship with Daniel during his early upbringing, Daniel's educational successes, and Daniel's leadership within the Boy Scouts. He writes about Daniel's actions in prison. He notes how, at a recent Christmas, Daniel "took money given to him . . . and bought treats for the entire floor so that everyone at least received something from someone."  This generosity extended to Easter,  when Daniel organized a "non-denominational service to include everyone and make them aware of the good and positive things in their lives."

When one of the prisoners was set to be released and Daniel learned that this person had no more than a pair of shorts and t-shirt in the winter, Daniel offered the young man "his thermal underwear . . . [f]or someone to do this while knowing he himself would be in a cold unheated prison cell was truly remarkable.  I would hope I could be that person but I really don't know."  Thomas apologized for the length of his letter.  He acknowledged, however, that his writing would be much shorter if he did not wholeheartedly believe his son was sorry for his crimes.

### 2.    *Gretchen Knott - Daniel's Mother*

Proud, saddened, yet supportive, Daniel's mother believes that Daniel can once again become a productive member of society.  She recalls when Daniel began to develop his passion for helping others.  Whether it was tutoring his cousins, helping fellow Boy Scouts attain their merit badges, or visiting with his elderly grandparents, Daniel made sure to help others around him to the best of his ability.  Like Thomas, she notes that Daniel has been helpful to fellow inmates.  "There have been times when he asked me for a little extra commissary money because some of the men/boys in there have been forgotten by their families."

Ms. Knott, like the rest of the letters written on Daniel's behalf, is aware of the severity of Daniel's wrongful actions.  She notes that Daniel understands the gravity of the offense and the harm he has caused.  "He has spoken to me many times regarding the fact that he acted without thought and was irresponsible.  He knows now that his thoughtless and immature past behavior has great consequences and he has great remorse."

### 3.    *Matthew Cardino - Daniel's Eldest Brother*

Matthew is Daniel's elder half-brother, the son of his mother from a previous marriage.  Matthew is nine years older than Daniel.  Despite the age difference, they became close as they grew older and worked together at Wegmans.  Matthew refers to his brother as "friendly and caring."  Matthew recalls how Daniel helped a motorist who had fallen asleep at the wheel while returning home from the hospital.  To ensure the man's safety, Daniel not only stayed with the man until he began to feel better, but also followed him home to make sure he would not fall asleep again.  Matthew concluded by emphasizing how much his two children truly miss their uncle, who was "always around to help babysitting . . . [Matthew's children] always wanted him to stay longer.  He was their uncle and buddy and I trust him completely with the care of my kids."

### 4.    *Christopher Cardino - Daniel's Older Brother*

Christopher is the younger of Daniel's half-brothers. Christopher is seven years older than Daniel.  Christopher notes his strong bond with Daniel, despite the sizable age difference, writing that Daniel "[has] lent me money, helped me with my bills, and even lent

me his car when he wasn't using it . . . [Daniel] would ask my mom how I was doing and then show up at my apartment with a pizza or something."  Christopher goes on to proudly acknowledge Daniel as the only brother in the family to successfully earn a Bachelor's Degree, an accomplishment which occurred while Daniel was still working at Wegmans, mentoring Boy Scouts, and helping their grandparents with chores around the house. Christopher hopes to be available for Daniel when he is released so that he can "be there for him like he always was there for me."

### 5.   *Jim Grande - Daniel's Uncle*

Jim Grande is married to Daniel's mother's sister, Maureen.  He writes about how Daniel tutored his disabled son, Kevin, who was struggling in his Psychology course at ECC. Daniel consistently refused money for his help–he was simply happy to help his cousin.  Jim worked for the Department of Corrections for 26 years. "I would love to say that the system works and people are always rehabilitated, but that is not true.  I feel that there are cases where the system can do more harm than good.  You have a young man with a college degree, people love him, and I think sending him to prison for a long time would hurt him, not help him."

### 6.   *Maureen Grande - Daniel's Aunt*

Maureen is Daniel's mother's sister.  She, like her husband,  recalls how Daniel helped her disabled son with his Psychology course at ECC.. For Maureen, this kindness did not stop with her son.  She also watched Daniel give of himself with Boy Scouts where she "saw him immerse himself in fundraisers, as well as the many times he did good deeds for people." Maureen has traveled with her sister multiple time to see Daniel in prison.  After these visits, she firmly believes "[h]e is humble, he is sorry, and he is ashamed for putting himself and his family in this position."

### 7.   *Kevin Grande - Daniel's Cousin*

Kevin is Daniel's cousin, the son of his aunt Maureen and uncle Jim.  Daniel and Kevin grew up together, as the cousins were only a year apart from one another.  Kevin, like his parents, spoke of Daniel's tutoring help.  "[H]e was always there to offer before I even had to ask."  Kevin notes his firm belief in Daniel's expressed sorrow and remorse for his

actions. "He truly is a good guy who cares about people."

## 8.   *David M. Huzinec - Daniel's Uncle*

David was Daniel's father's brother.  David died of cancer shortly after writing this letter for Daniel.  Though he did not try to excuse Daniel's actions, he did illustrate for the Court how Daniel's irrationality and lack of foresight ought to be viewed in context of the sexual and mental trauma he endured as a child.  He equated the sheer panic and inability to protect yourself, which accompanied his Stage 4 pancreatic cancer diagnosis, to Daniel's prior sexual abuse.  The stress and anxiety resulting from these helpless situations produced "thoughts . . . not normally in your psyche in a split second [without you] fully knowing or realizing why."  David expressed his sorrow for his inability to be there for Daniel when he is released from prison.  He nevertheless was confident that Daniel "wants to move on and once again become a contributing member in society."

## 9.   *David W. Huzinec - Daniel's Cousin*

David W is Daniel's cousin, the son of his late uncle David. He, like the rest of Daniel's cousins who have written a letter, attested to Daniel's genuine kindness.  "Daniel has a very calm demeanor and always looks for the good in people. David W. is appreciative of the fact that Daniel admitted his guilt.  As such, "I ask that Daniel be given leniency by the Court."

## 10.   *Emily Huzinec - Daniel's Cousin*

Emily is David W.'s brother and daughter of Daniel's late uncle David.  She admired Dan's steadfast work ethic during his educational pursuits, which, in turn, encouraged her to eventually earn a Bachelor's Degree in English Writing at Edinboro University.  The pair of cousins often traded books with one another and would discuss what each was reading during family gatherings, a cherished memory for Emily.  Emily still lends her books to Daniel. When her father died, Emily deeply appreciated Daniel's phone call the day of the funeral in order to express his condolences and apologize for not being able to attend.  Emily also remarked how "[f]amily always was, and continues to be, very important to Daniel."

*11.*    *Teresa Huzinec - Daniel's Aunt*

Teresa is the wife Daniel's late uncle David, and the mother of David W. and Emily. In her letter to the Court, she quotes extensively from a letter Daniel wrote to her husband shortly after he learned of David W.'s pancreatic cancer diagnosis. Daniel's letter was full of apologies not only for his actions, which hurt the entire family, but also for his inability to comfort and care for his "favorite uncle." Daniel asked his uncle to remain hopeful, despite the poor prognosis. "I am going to keep praying for a miracle no matter what." For Teresa, Daniel's admission of guilt and his efforts to improve his uncle's spirit demonstrated "how Daniel has matured during his time in jail."

*12.*    *Daniel Knott - Daniel's Uncle*

Daniel Knott is Daniel's mother's brother. Daniel recalled how his nephew always went "the extra mile" for his cousins and, because of this, they "adore[d] their cousin, Danny." As a practicing psychotherapist, Daniel believes his nephew "would respond best with treatment, and compassion. He is not a deceitful, hurtful, self-centered person. He is the exact opposite."

*13.*    *Donald J. Knott - Daniel's Grandfather*

Donald is Daniel's grandfather, the father of his mother Gretchen. After the death of his wife, Daniel's grandmother, Donald struggled to get by with his day-to-day activities. Daniel, however, eased this otherwise difficult time. Daniel often would come over unannounced to his grandfather's house to mow the law, wash dishes, fold laundry, cook, and help his grandfather get up and down the stairs. Donald admired how Daniel frequently attended memorial masses dedicated to the life of his grandmother. He notes Daniel's kindness and genuine concern for others.

*14.*    *Jane Mead - Daniel's Second Cousin*

Jane is the niece of Daniel's late grandmother, Maryann Knott. She too has experienced the sentencing process, as her son has spent time in jail. Prison was a positive experience for Jane's son, who emerged from the experience as a "better, different person, determined to never end up there again." As such, Jane asks that Daniel receive leniency so

that he may also receive the same second chance her son did and allow for him "to start over again."

### 15.   *Constance Partridge - Daniel's Great Aunt*

Constance is married to the brother of Daniel's late grandmother, Maryann Knott.  She recalls  the willingness Daniel displayed in assisting her around the house.  She appreciates that Daniel has accepted full responsibility for his actions.  Constance firmly believes her nephew still has a lot to offer society, as evidenced by his education and life of servitude to others.

### 16.   *Eugene T. Partridge, M.D. - Daniel's Great Uncle*

Eugene is the brother of  Daniel's late grandmother, Maryann Knott.  Eugene, like his wife, indicated how Daniel takes care of and shares with people. He notes that Daniel has shown remorse for his actions. Eugene firmly believes his nephew still has a lot to offer society, and prays that he is given a second chance.

### 17.   *Margaret C. Roberts - Daniel's Great Aunt*

Margaret is Daniel's great-aunt, the sister of Daniel's late grandmother, Maryann Knott.  Margaret and Daniel worked together at Wegmans.  "He was a delight and easy to talk to, funny and insightful."  After visiting Daniel in prison, she is also convinced of Daniel's sincere remorse for the crimes he committed.

### 18.   *Barbara Kern Suffoletto- Daniel's friend*

Barbara was married to Daniel's Scout leader Dave Suffoleto, who also died recently from cancer. She wanted the Court to know how kind Daniel was to her and her husband the months before he died. Daniel called their home when Barbara's husband was forced to stop going to Scout functions and came over their home to visit him a month before he passed away.  Barbara wanted the Court to know how much courage this took, what this gesture meant to her husband, and that she believes Daniel to be a kind and thoughtful person.

### 19.   *Roxanne Anderson- Daniel's Friend*

Roxanne is a family friend of over 20 years. She worked at one time with Daniel's mother. Roxanne has been in contact with Daniel through letters and she believes he is sorry for any wrong doing. In his letters he has never tried to justify what he has done. She goes on to say he wants to take advantage of any and all help offered by the Court. She hopes "Danny will be treated with consideration and understanding."

### 20.   *Amelia Heppner- Daniel's Friend*

Amelia has been Daniel's best friend for over ten years. She recounts their troubled childhood where Daniel was the only one there for her. She knows Daniel is completely humiliated and ashamed yet driven to make it right again. She believes Daniel is an "intellectual gift to society" and if given the opportunity would help many people.

### 21.   *Norman Krause- Daniel's Friend*

Norman has known Daniel since he entered the Boy Scouts and watched him rise through the ranks and earn his Eagle award in 2009. He believes he can judge a person's character, and knows Daniel is a good human being. Norman is sure Daniel is sorry for what he did and asks the Court to show leniency.

### 22.   *Joseph Kwiatkowski- Daniel's Friend*

Joseph met Daniel ten years ago in the Boy Scouts and has always looked up to Daniel as a leader and role model. Joseph discusses the many ways Daniel was a great scout leader whom others looked up to and counted on. Joseph has visited Daniel in his holding cell and believes Daniel realizes what he did was wrong, is sorry for what he has done, and is sorry to everyone he has affected. Joseph thinks Daniel has a lot to offer the community and can have a positive influence on others.

### 23.   *Mary Terhart- Daniel's Friend*

Mary has been Daniel's friend since childhood. Mary knows Daniel is sorry for what he did and believes he deserves leniency.

### 24. *Helen Dempsey- Daniel's second cousin*

Helen was the first cousin of Daniel's grandmother. She believes Daniel understands the gravity of the offense and is truly sorry for the heartache he caused his parents and the rest of the family.

### 25. *Nadine Leone- Family Friend*

Nadine has been a friend to Daniel's family for more than ten years.She believes Daniel is a good person. Nadine has had opportunities to speak with Daniel and he is deeply sorry and regrets his actions.  She believes he is a good person who made a mistake and hopes he is able to re-enter society and make his family proud again. Nadine believes Daniel deserves leniency in his sentencing.

### 26. *Margaret Redmond- Family Friend*

Margaret was Daniel's neighbor growing up. She believes Daniel's crimes are completely out of character, and speaks to his good qualities.

### 27. *Michaeleen Trzyna- Family Friend*

Michaeleen has been a co-worker of Daniel's mother for thirty years.  She hopes the Court will look at Daniel and see that he has the support of his family and friends who will lead him in the right direction.

### 28. *Karra Schultz- Daniel's Friend*

Karra has known Daniel for three years while working with him at the Conner's Children Center. As a Crisis Prevention Specialist, she has seen Daniel work with traumatized youth. Karra describes this work as mentally and physically exhausting; but she writes that Daniel handled this work with skill and professionalism. Karra believes Daniel to be a very sincere and genuine person and knows Daniel is sad and disappointed to be where he is right now.

# Conclusion

These letters provide insight into Daniel's life and background. We ask the Court to take into consideration in fashioning a fair and just sentence for Daniel under Title 18, United States Code, §3553(a).

Dated: February 8, 2018

Respectfully submitted,
/s/ James P. Harrington

James P. Harrington
harrington A mahoney
Attorneys for Defendant
70 Niagara Street, 3rd Floor
Buffalo, New York 14202-3407
Tele: 716-853-3700
Facs: 716-853-3710
jph@harringtonmahoney.com

# EXHIBIT A

# Thomas G. Huzinec



11/3/2016

Hon. Lawrence J. Vilardo

United States District Court Judge

1 Niagara Square

Buffalo, N.Y. 14202

Re: Daniel Huzinec

Dear Judge Vilardo,

My name is Thomas G. Huzinec, I am 52 years old, and I am Daniel's father. I have known him his entire life, actually before he came into this world. His mother could only get him to calm down in her womb by placing my hand on it. There were many nights while I was fast asleep that I felt my hand being pulled over and placed on her stomach to calm him down. We have always been very close. I have been employed at a franchised Tops markets for 17 years as a Customer Operations Manager.

I have known from the very beginning that Daniel was a very kind and special child. As we were a young struggling family I changed jobs to work overnight so that I could be home days with Dan and his mother could work. This afforded me wonderful one on one time with him as his brothers were older and in school. I can recall several incidences of visiting Wegmans and Daniel grabbing cookies to take and surprise his great aunt who worked in the pharmacy. This thoughtfulness continued throughout his childhood. I remember countless times as he was walking home from school that he would take mail from a little old woman to the mailbox as she could not. He didn't even know her. There were also many times he would help out fellow neighbors shovel their driveways as they were older and struggling.

At age 8 he joined the Cub Scouts. He made his way up and through the ranks until he reached the age to crossover and become a Boy Scout.  He worked extremely hard on all his merit badges as well as his ranks to ultimately become an Eagle Scout. He only needed 22 required merit badges to complete this task but he completed 44 of them, that was the most merit badges ever achieved by one scout at the time in his troop. In fact two of the boys he started cubs with and became an Eagle with had only completed 28 and 30.

One of his greatest accomplishments in Boy Scouts as well as in life I feel was his Eagle project.  Dan's Eagle project was to take an unusable part of Tifft Nature Preserve and ultimatly make it a path to a pond and forested area were boundless amounts of wildlife inhabited and would be viewable while being undisturbed. The director of the preserve had hoped that Dan and his crew could clear 100 feet of heavily and overgrown brush and replace it with a foot of gravel and create  the beginning of a 6 foot by 100 foot path.  No small undertaking to say the least.  Through Dan's hard work, dedication, and leadership he and his crew were able to clear a **12** foot by **1000** foot path with a foot of gravel walkway.  The only reason he could not complete more was that the nature preserve ran out of gravel.  I thought that the director was going to cry. He could not believe how much was accomplished and how much this would lead to the success of making the nature farm a usable and guest friendly area for many to have wonderful experiences in the middle of the city.

After Daniels success as a scout he became an adult leader.  I could not have been prouder as I was the Committee Chairman at the time.  Our troop desperately needed an infusion of younger adults or parents to take over from the many dedicated members of my Committee. Although they were highly qualified and successful they had been doing this for 30 and 40 years and felt that new parents or Older Scouts should take control of the development of the newer, younger Scouts.

Daniel flourished in his role without him I do not believe that a lot of the boys would have continued or any new boys would have joined.  I believe his pride in being able to help and teach these young scouts ultimately lead him to his major of psychology in college and his job choice in Child and Family Services after his graduation.  By his actions alone several boys had rides to meetings and to all of our field trips and weekendcampouts, they  would not have been able to attend without him.  He also helped a young boy who was in his charge at CFS become a scout.  This young man couldn't even walk into a room of other people without having a panic attack.  Through Dan's caring, concern and leadership this young man came out of his shell even managed to be able to go on trip away from home which he had never been able to do.  He has become a good scout, even making new friends.

This had continued with countless scouts.  If Dan wasn't tutoring them in Spanish, English, or Math he was transporting them to meetings.  Whether it be because their parents weren't home from work yet, had other children involved in other activities or families that really didn't care if their son was involved or not.  His day on scout night would many times last from 4 – 10 p.m. when our meetings only lasted from 7- 8:30 p.m.

He also tirelessly fundraised for the Troop so that these scouts could go and do things. Many are inner city kids and could not afford things on their own.  His dedication allowed our troop to go to many places that we would not have been able to do.  Places such as:

Cedar Point,Ohio,  Michigan- where we toured the Ford plant and Museum, Washington D.C.- where they were exposed to the monuments, Smithsonian museums and National zoo.  As well as Gettysburg. He also picked summer camps for the scouts that offered many things that they may never had gotten a chance to experience. Such once-in-a-lifetime things like scuba diving, mountain climbing, rappelling, Iron Man competition.  The Iron Man competition allowed one of our scouts and the only one in the camp that summer to achieve that camps highest honor.  This achievement was something that helped this young man grow and gain confidence that he had not been able to do up to this point. It also joined our Troop together as Dan collected all the scouts and had them cheering this young man on as he completed his last part which was a mile-long swim.

I am told by Dan that a lot of letters written may have included some of his older accomplishments.  A lot of that is due to the fact that Dan has been incarcerated for the past 2 years.  Although a lot of these people have communicated with him they may have been unable to see him in person.  Most would think that that this would be where the story ends.  Most people would be depressed, angry, concerned only with themselves, but this is actually where a new dimension of Dan's unselfishness has shined.  I can tell you that that is far from Dan's experience.  From the very beginning he has gone out of his way to help his fellow inmates, He rallied several of them together and had them  spend their time on the law computer to look up facts and cases to help another inmate who couldn't do so on his own.

When it came to Christmas he took money given to him from his parents, grandparents, and aunts and uncles and bought treats for the entire floor so that everyone at least received something from someone.  He even enlisted the help of a friend to put them in the cells so that he could remain anonymous.  He gathered the men together on Easter and had a Non-denominational service to include everyone and make them aware of the good and positive things in their lives.



One of the ultimate and most giving things I think Dan has done was giving another young man his thermal underwear when he found out that all he had was a pair of shorts and a t-shirt to wear when he was released in the middle of January. His family was not going to help him and he had to be out in the elements for 24 hours before any services were offered to him. For someone to do this while knowing he himself would be in a cold unheated prison cell was truly remarkable. I would hope I could be that person but I really don't know.

I apologize that this is actually becoming longer than I even anticipated but I feel I could not live with myself if I didn't completely give you an understanding of all the wonderful accomplishments this young man has done in such a short period of time.

I would just like to say in closing that I know that my son has more to give and contribute to this society just based on his past actions. I feel that a lengthy incarceration would not only be costly to our society but would deter Dan from overcoming this hump and making amends. He has already served more time than he would have if the same charges were handled in state court. I feel he has really searched within himself and deeply regrets any transgressions and now it is time to move on and put this behind him. Dan himself would tell you I am the type of person, father that would support him in anything but if I did not whole-heartedly believe he has atoned for his crime this letter would be extremely shorter. I am the type of person that feels you should pay for your mistakes but that you should also be allowed to overcome them.

I would ask that you take everything I and others have written to you in consideration as well as all the good and positive things that I know Dan could and would do in the future. I feel he has served an adequate amount of time and has taken responsibility for his actions. It is time to move on and become a productive and responsible citizen.

I can only imagine what positive things he could accomplish if given another opportunity and fresh start.

Thank you for your time and consideration in reading this letter, all the other letters, and taking the time to know Dan as a whole person.

Sincerely,

Thomas G. Huzinec

Gretchen Knott

████████████

████████████

9-28-2016

Hon. Lawrence J. Vilardo

United States District Court Judge

1 Niagara Square

Buffalo, NY 14202

Re: *Daniel Huzinec*

Dear Judge Vilardo:

My name is Gretchen Knott. I am 56 years old, divorced and the mother of Daniel Huzinec. I have 3 sons and I have worked full time for the Buffalo Sabres for 20 years. As a small child Dan was a friendly, outgoing boy. He loved to sit and talk with his grandparents as much as he loved to go out and play with his neighborhood friends. He was like a sponge just absorbing everything around him. Making friends was easy for Dan. His interest in others and his genuine thoughtful manner always made it easy for him to keep a group entertained in conversation. It made no difference if you were 7 years old or 70 years old. He was engaging company for all. As a young man emerged he grew more studious, more involved with helping others, more focused on his goals for the future. He was an extremely good chess player and helped his Bishop Timon St. Jude team to get to the Nationals 3 years in a row. He tutored his nephews in math and took a second job in tutoring to make extra money for college. Daniel worked part time at Wegmans throughout high school years and was a recipient of the Wegmans college scholarship. He knew he wanted to help people and he had no hesitation when starting his studies in psychology at the University of Buffalo. It was one of the most proud moments of my life to see him accept his diploma and realize my beautiful little boy had grown into such a goodhearted and educated young man.

Even though Dan attained a full time position right after graduation he still was a proud member of the Boy Scouts of America and received the highest award of Eagle scout in XXXX. Dan regularly helped other members attain their merit badges and led many community service projects such as cleaning up Tifft Farms, painting rundown homes in Buffalo and running pancake breakfasts for the scouts. Everything he has accomplished has made me so proud. He is a big hearted soul with so much more to give. He just needs the opportunity to prove it.

Dan is sorry for what he has done. I visit him every week and speak at length with him on the phone every other night. He is always positive and upbeat. He still amazes me that his spirit has not broken.  During his time in prison he was been a model prisoner. He has organized prayer groups and led them on Sundays for any inmates in his block that want to partake. He has always been a great cook and has found ways to purchase extra items from his commissary in order to make special dishes for the prisoners. He now has them joining him in making better meals. He has taught the others to play chess and shares all his books so everyone has reading material. There have been times when he has asked me for a little extra commissary money because some of the men/boys in there have been forgotten by their families. Some would probably hesitate to do this but I knew if Dan felt strongly enough to help someone then I would support him any way I could.

Dan takes full responsibility for having committed a crime. He has spoken to me many times regarding the fact that he acted without thought and was irresponsible. He knows now that his thoughtless and immature past behavior has great consequences and he has great remorse for his actions. He has never been in any kind of trouble in the past. I ask that you show leniency in sentencing to Daniel. In the bible, Luke says "if your brother sins, rebuke him, and if he repents, forgive him. I ask this for my son. He has accepted his punishment and knows the extent of damage his actions has caused. He is truly sorry for what he has done. I am asking for forgiveness in the form of a lenient sentence. He has my full support and that of my family and I am ready willing and able to be there for him, physically and spiritually, whenever that time is, to help him back into a productive role in society. Thank you for your time.

Sincerely,

Gretchen Knott

Gretchen Knott

Matthew Cardino

████████████

████████████

Hon. Lawrence J. Vilardo

United States District Court Judge

1 Niagara Square

Buffalo, New York 14202

Re: Daniel Huzinec

Dear Judge Vilardo:

My name is Matthew Cardino and I am Daniel Huzinec's oldest brother. My wife, Katie, and I live in South Buffalo in my childhood home with our two children Olivia and Luke. Olivia is 7 and Luke is 3. Both my wife and I work for Wegmans but in different stores. I am 9 years older than Daniel so growing up our groups of friends never really intersected. I suppose it was too much of an age difference.

When Dan became a teenager (16) he also joined me in working for Wegmans. He was a good worker, an honest and loyal employee and had made friends with almost everyone at the West Seneca store. That's how Dan is. He is very friendly and caring and was rewarded with the Wegmans employee scholarship for college. He was the first of all of us to get a 4 year degree and we are all so proud of him. He also made Eagle Scout in the boy scouts and I know this is a very important goal to attain. He worked hard to get it and continued helping others to get theirs. He was always at the dining room table with another scout helping them with their projects. It is very important to him to help others.

Dan and I became a lot closer as we grew older and seemed to have more in common. It's funny the way age doesn't seem to make a difference anymore. We worked together and had mutual friends at the store. Katie and I got married in 2009 and shortly after had our daughter, Olivia. Besides working and going to school full time Dan always found time to help out babysitting Olivia. He was great with her and she adores him. Luke was born in 2013. Again, Dan always made himself available to help watch both kids for us. They hated to see him leave when we got home. He was their uncle and their buddy and I trust him completely with the care of my children.

I have spoken to Dan on the phone many times since his incarceration and he is truly sorry for breaking the law. He is so remorseful for creating this situation he is in. I love my brother and believe in him and I know he is a good person. I ask that you give leniency in his sentencing so he can return to society, continue with his education, and become a contributing member of society again. My children miss their uncle Dan and I don't want him to miss anymore of their growing up without him in their lives.

Sincerely,

*Mott Cardino*

Matthew Cardino

Christopher Cardino



Hon. Lawrence J. Vilardo

United States District Court Judge

1 Niagara Square

Buffalo, New York 14202

Re: Daniel Huzinec

Dear Judge Vilardo:

My name is Christopher Cardino and I am Daniel Huzinec's older brother. I work as a detailer at California Detailing in Orchard Park. Obviously, I have known Dan his entire life. Even though I am 7 years older than Dan we have pretty much had a solid relationship. There have been times when we were younger that the age gap seemed bigger and we weren't seeing eye to eye but looking back I think it was just that he always wanted to hang out with both me and my friends. We had all the cool video games and he just wanted to be included. As time goes on the age gap seems to disappear slowly. Age doesn't matter as much in your late teens and early twenties. Dan and I did end up with the same friends and I really liked hanging with him socially- not just the day to day meals and out of school time.

Dan really is a good person. He was the first of us 3 boys to go to college and get a bachelors degree. He studied really hard and got good grades but still found time to just be with us and talk, go to games and spend time with our grandparents. They loved having their boys to dinner at least one night a week. Dan has been more than generous with me too. He knew I didn't make much money in my job and on more than a few occasions he leant me money, helped me with my bills and even leant me his car if he wasn't using it. Sometimes, he wouldn't even wait for me to ask, he would ask my mom how I was doing and then would show up at my apartment with a pizza or something. He found a way to always make me feel good about myself even when he was helping me out. He never let me down.

I understand that Dan has committed a crime and he has said to me many times on my visits with him that he is sorry for everything he has done that has led up to this. Dan is a good person; he is caring, generous and a great brother. I ask that you please be lenient with his sentence. Please let him have the opportunity to rejoin society and show everyone he is deserving of a second chance. Please give me the chance to show him how much I love him and will be there for him like he always was for me.

Sincerely,

Christoph Cardis

Christopher Cardino

James C. Grande

████████████

10/12/16

Hon. Lawrence J. Vilardo
United States District Court judge
1 Niagara Square
Buffalo, New York 14202

      Re: Daniel Huzinec

Dear Judge Vilardo:

      I am Daniel's Uncle, married to his Mother's sister Maureen. I am retired from New York State Department of Corrections where I worked for 26 years. Maureen and I have been married for 28 years, so I have known Dan his whole life.

      Dan has always been there to help family members when it came to needing someone. I can remember him helping family members move, as well as other generous things that he has done. During our son's last semester at ECC, Dan helped him with a Psychology class that Kevin needed to graduate. He wouldn't take any money for it, he just wanted to help his cousin. That was always how Dan was. Dan has always been very polite and respectful of all his family members. He always came to picnics and would just love to be in everyone's company. I know it wasn't easy on him with his parents being divorced, but Dan always had a smile on his face and a great disposition. I was extremely proud of him when he earned both of his college degrees. He is very independent and just a great kid to be around.

      Dan has asked my wife questions to ask me about prison life and how to survive this ordeal. I told him to stay busy, get a job possibly as a tutor, and keep away from any problems. I have told him to stay to himself, which I believe he has.

      Judge, my experience of being an officer for 26 years has given me the opportunity to work many places (jails). I would love to say that the system works and people are always rehabilitated but that is not true. I feel that there are cases where the system can do more harm than good. You have a young man with a college degree, people love him, and I think sending him to prison for a long time would hurt him not help him.

                                         Sincerely,

                                         Jim Grande
                                         Retired NYS Corrections

Maureen M. Grande



10/1/16

Hon. Lawrence J. Vilardo
United States District Court judge
1 Niagara Square
Buffalo, New York 14202

Re: Daniel Huzinec

Dear Judge Vilardo:

My name is Maureen Grande and I am Dan's Aunt. I work for Wegmans Food Market Corporate located in Rochester, NY. I have been employed by Wegmans for over 30 years. Most of my career has been in the Buffalo area until the last two years where I was promoted to the Regional Director of Asset Protection of the Southern stores. This includes supervising the security of more than 35 stores in four States. Dan's mother Gretchen and I are sisters and my son is only a year younger than Dan. As you can imagine the two boys were very close growing up, which gave my son Kevin an older cousin to look up to.

I know my nephew is a good person and would like to share just a few examples of his kindness with you. One of the most recent examples I can think of is when my son Kevin was struggling with his last class he needed to graduate from college. It happened to be a Psychology course where we knew Dan was the person to go to since he had earned that degree. Knowing that my son (his cousin) had a disability, Dan was quick to volunteer his time to tutor Kevin. He never asked for anything and simply did this act of kindness for his family who I know he loves so much. Another example of Dan's character is his countless volunteer efforts with the boy scouts. I saw him immerse himself in fundraisers, as well as the many times he did good deeds for people. I was personally there the night he received his Eagle Scout award because it meant so much to him and to our whole family to support him. One of the best times I remember spending with Dan was just a few years ago when we took him to Florida on vacation with us. Dan was always asking what he could do to help me and again acted like the big brother my son never had.

I have visited Daniel with my sister while he has been in Niagara County several times. It is never an easy experience to go there and go through that. I can only imagine how it must be for him especially being only 23 at that time. I know Dan is sorry for everything that has happened and given the chance would do things much differently.

Coming from a family of law enforcement, we certainly understand the consequences of his actions, but we believe he has paid a debt. At such a young age, twenty three when the crime occurred, he has had almost 2 years to devote to his rehabilitation. He is humble, he is sorry, and he is ashamed for putting himself and his family in this position. Please show mercy and send him home to his family where he can continue his rehabilitation.

Sincerely,

Maureen M. Grande

Kevin Grande



Hon. Lawrence J. Vilardo
United States District Court judge
1 Niagara Square
Buffalo, New York 14202

    Re: Daniel Huzinec

Dear Judge Vilardo:

    I am Daniel's cousin and we are one year apart in age. I have been employed at Wegmans Food Market as a produce clerk for 7 years and I am pursuing a job with TSA. I have my degree from ECC in Criminal Justice. Dan and I grew up pretty close together. We stayed at each other's houses when we were young and often did things together with the family.

    Dan was always there to help me when I needed help with my classes. He is smart and cares about people especially his family. Dan is the type of person who makes it easy to ask for help because he was always there to offer before I even had to ask. I was very proud and happy for him when he earned his degree from UB.

    Our family is a good one and has solid, high moral values. That is why I know this is tearing Dan up. I know Dan is a good person and sorry for his crimes. I have spoken to him several times by phone while he has been incarcerated and this is the worst thing he could ever have imagined. He is ashamed of himself and where he is. I know he is remorseful and is still a good person, the person I have looked up to since I was young.

    Please be lenient on Dan as I know he has learned from what has happened and knows he made some wrong decisions. He truly is a good guy who cares about people and given the chance would do great things with his life. He has a great support system with our family and would be in a position to do positive things if given the opportunity.

                    Sincerely,

                    Kevin Grande

DAVID M. HUZINEC

RE: Dan Huzinec                                    July 12, 2016.

Dear Judge Arcara:

I am writing to you today because I do not
know if I will be around when this letter is really
needed. I have been diagnosed with Stage 4 Pancreatic
Cancer and given 2 weeks to 2 months to live I am
now in week 4 and I can feel my energy slipping away,
So It is imperative for me to get my thoughts on paper.

My name is DAVID M. Huzinec, I am.
Dan's Uncle and Godfather. I am 59 and
just retired from my profession for obvious
reasons.

I certainly can understand especially
because of recent events how your brain can
take over and have thoughts that you might not
otherwise have. Stress can be a horrible thing.
I can tell you over the past 4 weeks I have
had huge Ups and Downs. for example not
being here for the rest of my Childrens lives or
of being able to see Dan again, All have
weighed very deeply on me

Today ___ I feel so strongly about being heard. I know Dan was going through some things that happened Some in his childhood Some more recent (the break-up with his girlfriend) and I cant Imagine what that could or would feel like to some one so young. I actually think you could have thoughts or do something not normally in your psyche in a split second. and actually not fully know or realize why.

Dan has alway been a very sweet, respectful and kind person to all of his family, in his work, and in Boy Scouts. I could tell how fondly he was regarded when I went to his eagle court of honor.

I am sure that he is sorry for what he has done and that he wants to move on and once again become a contributing person in Society For the above reasons and many more I believe Dan Deserves consideration on a lesser sentence.

Sincerly

David M. Huizinga

DAVID M. HUIZINGA

David W. Huzinec
███████████
██████████

September 12, 2016

Honorable Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, New York  14202

## RE:  Daniel Huzinec

Dear Judge Vilardo:

I am Daniel Huzinec's cousin.  I have known Daniel my entire life, which is almost 24 years.  I attended one year of college at Robert Morris University in Pittsburgh, PA.  After one year, I learned that college wasn't the path for me.  I currently work at AirBorn Industries in Lake City, PA as a wire-cutter.

Because Daniel and I are so close in age, we spent a lot of time playing with each other during family visits and holidays when we were both young.  Daniel is a caring person who got along well with all of my friends.  When my sister and I would "bicker," Daniel would always step in and help to resolve the situation. Daniel has a very calm demeanor and always looks for the good in people.  Family means a lot to Daniel and unless he was working, he would never miss a family gathering.  My mom would usually cook and she would always make sure that she made Daniel's favorites.  Daniel doesn't like meatloaf. One Thanksgiving, my mom made a giant meatloaf as a joke and placed it in the middle of the Thanksgiving dinner table.  She told Daniel that she decided not to make a turkey and made a meatloaf instead.  Daniel remained gracious despite the disappointing meat loaf.  We all laughed when my mom brought the Thanksgiving turkey out of the oven.

Daniel was very sad to learn of my dad's brief battle with cancer and eventual death.  He took the time to send my dad a very nice letter and took the time to call us on the day of my dad's funeral.  It was nice to know that even though he couldn't be with us that day, he was thinking of us.

Daniel knows that he has done wrong in committing a crime, is sorry, and has accepted responsibility for his actions.  Because of his willingness to acknowledge his crime and accept the consequences for his actions, I ask that Daniel be given leniency by the court.

Sincerely,

David W. Huzinec

Emily A. Huzinec



September 12, 2016

Honorable Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, New York  14202

## RE: Daniel Huzinec

Dear Judge Vilardo:

As Daniel Huzinec's cousin, I have known Daniel for my entire life, 22 years. I recently graduated Cum Laude from Edinboro University of Pennsylvania with a BA Degree in English Writing. During my lifetime, I have always admired Daniel's quest for education. He was always very conscientious about his grades throughout his educational experiences. His motivation to learn helped to motivate me to pursue a college education and earn good grades, too. Daniel always provided encouragement to me to continue on with my education.

Daniel and I share a common love for reading Anime books. When we would get together at family gatherings, we would talk about the books that we both read and recommend different books to each other. During his time in prison, I have shared much of my personal collection of Anime books with him so that he would have something to read. My personal collection is very special to me and I won't lend my books to many people. However, I trust that Daniel will keep them in tip-top condition.

Daniel is a very caring person who is always willing to help others. I remember going to his ceremony when he became an Eagle Scout. He worked very hard to obtain that designation and we were all proud of him when he did. When we would all visit with our grandparents, Daniel was always kind to them and went out of his way to help them when he could. When Daniel would visit our house, he would always hang out with me, my brother, and our friends. Everyone enjoyed his company.

About a month ago, my dad died after a brief battle with pancreatic cancer. Daniel was unable to come to visit my dad, his uncle, during the time that my dad was sick, but he took the time to write a very nice letter to my dad. On the day of my dad's funeral, Daniel took the time to call me and extend his condolences. I really appreciated that phone call.   Family always was, and continues to be, very important to Daniel.

Daniel is very sorry for committing a crime and has accepted responsibility for his actions. With due respect, I ask that Daniel be given leniency by the court because of his willingness to acknowledge his crime and accept the consequences for his actions.

Sincerely,

Emily Huzinec

Emily A. Huzinec

Teresa A. Huzinec

September 8, 2016

Honorable Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, New York 14202

## RE: Daniel Huzinec

Dear Judge Vilardo:

As Daniel Huzinec's aunt, I have known Daniel for his entire life. I am a Supervisor at Erie Insurance Group in Erie, PA, and have worked for the company for over 35 years. During my career, I have obtained my CPCU (Certified Property & Casualty Underwriter), CIC (Certified Insurance Counselor), ARP (Associate in Research and Planning) and AIS (Associate in Insurance Services) designations. My private passenger auto team and I write policy language, implement regulatory changes which affect policy language and file all private passenger auto changes with the applicable state insurance departments.

Throughout my encounters with Daniel over the years, I have found him to be a good and caring person. During his younger years, I was able to observe some of his activities as he worked on community service projects in order to become an Eagle Scout. He grew up with my two children who are now ages 22 and 23. I was able to watch as he remained calm and acted as a negotiator to help defuse many brother/sister squabbles. Daniel was also a caring grandchild. While his grandparents were still alive, Daniel always took time to visit with them and help them in whatever way he could. Just a few weeks ago, my husband, Dave, passed away from pancreatic cancer. When he was first diagnosed, Dave was given 2 to 8 weeks to live. When Daniel learned of Dave's illness, he took the time to write Dave a very personal letter which included the following caring thoughts:

*"I want to start off by saying I am so sorry for everything that is going on. I am even more sorry that I cannot see you one last time. I wish so badly that I could be there to spend time with all of you during this time. Again, I'm sorry. You are truly my favorite uncle. There isn't some special reason why or moment that I can pinpoint in my brain that made me decide this, it was just always a fact. I think it's because of your laid-back and calm nature. You are always quick with a joke and know how to make everyone smile. You also have a very caring side about you that really showed through when Grandma and Grandpa needed to be taken care of. I have tried to be that same way and I hope to continue to be even after this experience. My dad told me that Emily is taking it really hard, which is to be expected. There really isn't much that can be done other than to spend time with one another and to stay as positive as possible. Believe it or not, the more happy and positive you try and force yourself to feel, the more your brain will fight to keep your body alive. The brain is the most powerful organ, and it has the power to keep us*

*going on pure willpower.  Some people even heal from the power of will.  Speaking of healing, I have been praying constantly for you.  I know... me and religion... but things have changed since coming to jail.  I have stopped resisting everything so much and being so stubborn.  I have learned how to accept many things and I believe gown up a lot in this last year and a half.  I really couldn't feel worse that I can't see you.  I hope this letter makes it to you in time.  I am going to keep praying for a miracle no matter what.  Always remember that I love you and that I will cherish all of the times we spent together.  If this is the last time I get to talk to you, then, goodbye, Dave. "*

This letter was the last time that Daniel was able to communicate with Dave.  It meant a lot to my husband to read Daniel's caring words.  This letter also shows how Daniel has matured during his time in jail.  Family is very important to Daniel.

Daniel has accepted responsibility for his actions and is sorry for committing a crime.  Because of his willingness to acknowledge his crime and accept the consequences for his actions, I respectfully ask that Daniel be given leniency by the court.

Sincerely,

Teresa  A. Huzinec

Daniel Knott, MA, LMFT, LMHC

██████████████

████████████

9/22/16

Honorable Lawrence J. Vilardo

2 Niagara Square

Buffalo, NY, 14202

Dear Judge Vilardo:

I am writing to you on behalf of my nephew, Daniel Huzenic, who is named after myself. I have watched Daniel grow up through many challenges in his life with resiliency, and drive for excellence. He has demonstrated this through honors in school, and a commitment to helping others being awarded the highest honor as an Eagle Scout due to his service to others. He has been instrumental in mentoring my three children, Ian, Ryan, and Lauren. Growing up he made the greatest effort in my extended family to remain close with calling my boys to see how they were doing in sports and academics, and my daughter who has some learning disabilities. Danny always took the time to help her when needed whether when visiting, or more commonly over the phone. He went the extra mile always!

My children adore their cousin Danny. He commonly reached out to me growing up as I babysat him as a small child before moving to FL, and always desired to do more. He was proud of himself being accepted to Timon High School, achieving high academics and never a negative remark on his behaviors. Before entering a business career, I spent my twenties achieving my masters, supervision, and achieving licensing as a Psychotherapist. He wanted to do the same as he has a commitment of "Men for Others". That is the motto of the Jesuit Order in our Catholic faith, and he has done his best to emulate those values donating his time to help those in need, and he never complained when asked to assist the elder people in my family who needed assistance with manual tasks. I love my nephew with all of my heart, and know he would respond best with treatment, and compassion. He is not a deceitful, hurtful, self-centered person. He is the exact opposite.

I implore you to please provide leniency to Danny. I'm confident he can return to becoming a contributing member to society if given the opportunity and would comply with any sentencing recommendations.

Sincerely,

Daniel Knott

██████████████

████████████████

Donald J. Knott

███████████

███████████

10-3-2016

Hon. Lawrence J. Vilardo

United States District Court Judge

1 Niagara Square

Buffalo, New York 14202

Re: Daniel Huzinec

Dear Judge Vilardo:

My name is Donald Knott and I am Daniel Huzinec's grandfather. Our relationship since Dan's birth has been very close. My wife Maryann (deceased in 2008) and I were present at his christening, communion, confirmation, graduations form High School and college and I attended his Eagle Scout ceremony.

Dan has been our pride and joy. He was the only one of our 8 grandchildren who graduated with a Bachelors degree. He is a strong, outgoing and spiritual young man. His faith in God is strong and I know this because he has shown it in his been a volunteer at church events and regularly joined me at morning mass. After his grandmother past away from cancer he made sure he attended as many of her memorial masses as possible. Most times he didn't even tell me he was coming; he would just slip into the pew next to me and surprise me. We would go to breakfast afterwards and have nice visits. Dan has always made himself available to help me with my upkeep at my home. I never had to ask. He would come over to visit and within minutes he would be mowing my lawn, helping with my dishes and laundry. He knows it has been difficult for me to get up and down the stairs on my own. He is also great cook and would many times either come over with new dishes he tried to make or he would just make them at my house. Although he never said it, I think he really just didn't like me eating alone.  He always puts everyone in front of himself. He is selfless and loving and has shown great acts of kindness to all his friends and family.

Dan is sorry for committing a crime and has shown great remorse every time I visit him at the prison.  He has told me how sorry he is and how regretful that he has committed a crime. He has never been in any type of trouble previous to this. I love Dan and believe in him with all my heart and I pray that you will show leniency in his sentencing.

Sincerely,

*Donald J. Knott*

Donald J. Knott



October 2, 2016

Hon. Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, NY 14202

Dear Judge Vilardo:

   My name is Jane Mead. I am a 57 year old homemaker and a first cousin of Daniel Huzinec's mother. I have six children and sixteen grandchildren. My contact with Daniel was mostly when he was younger, at family parties or through his grandmother who was my aunt. Danny was just an ordinary fun loving boy, devoted to his Mom and grandparents from what I could see.

   I am moved by Dan's situation because my own son has spent some time in jail. It was life changing for him and he came out a better, different person, determined to never end up there again. Today my son is a hard-working, professional, taxpaying citizen. As my son was shown mercy, I ask for your mercy towards Dan in his sentencing. Dan is not a hardened criminal, but a confused young man. Please allow my cousin the opportunity to start over again, to have a second chance while he is still young. Thank you!

                                          Respectfully,

                                          Jane M Mead

                                          Jane M. Mead

Constance Partridge



September 10, 2016

Hon. Lawrence J Vilardo
United States District Court Judge
1 Niagara Square
Buffalo. New York  14202

Re: Daniel Huzinec

I am Dan Huzinec's great aunt. I am retired from a career in banking.

Dan is the grandson of my deceased sister- in -law and best friend. I have known and loved Dan his whole life.

Dan has always been a integral part of our family. He has always been very engaging and interested in each family member. Even in his college years. he never missed a family gathering.

I have asked Dan on many occasions to help me at my home and he has been more than happy to assist me. His willingness to help, always made me proud!

Dan has always excelled in school and valued an education. He has always been law abiding, in fact, I don't believe he ever even got a parking ticket.

He has invested an extraordinary amount of time and effort into his Scouting career and has done a tremendous amount of good and he still has a lot of good to offer our society.

I have visited Dan at the jail, and I know he is very sorry to have disgraced himself and his family.  I believe he has learned from this experience and he will live an upstanding, law abiding life in the future.

I hope that you take this into consideration, Judge, Dan is a very good person and he deserves a break in his sentencing, and he should be given a second chance!

Respectfully.

Constance Partridge
Constance Partridge

Eugene T. Partridge, M.D.

███████████████

███████████████

September 23, 2016

Hon. Lawrence J. Vilardo

United States District Court Judge

1 Niagara Square

Buffalo, N.Y. 14202

Re: Daniel Huzinec

Dear Judge Vilardo:

My name is Eugene T. Partridge, and I am a retired Ophthalmologist. I was born on May 3, 1934, and I am the brother of Daniel's deceased grandmother, Maryann Knott. Donald and Maryann Knott had four children, the oldest, Gretchen, Daniel's mother. We have a very close family and I have been involved with Daniel, and his two half-brothers since each child was born.

Daniel graduated from St. Martin of Tours elementary school and I am a frequent, actually daily attendant at St, Martin of Tours church on Abbott Road in South Buffalo. Occasionally I would meet him and his friends casually, as on their bicycles, and I especially remember giving him $20.00 so he could buy ice cream for himself and his friends. He was a happy boy, friendly and polite.

Daniel continued his education at Bishop Timon-St. Jude High school, my alma mater class of 1952. During this time, he was a very good student and a first class chess expert. He represented his school in the chess finals in Washington D.C.. During this time, he also achieved Eagle Scout Award in the Boy Scouts.

It was with great shock and dismay that I learned of the charges against him.  Daniel and I have corresponded by letter a number of times, and he expressed his remorse and desire to make amends. I have visited him in prison with my sister, Margaret, his great aunt. He realizes he made serious mistakes and showed his repentance, wants forgiveness, and the chance to start a new life. My wife, and I, and

our six children have prayed daily for Dan and his family, and I know of God's mercy. "Only the merciful will obtain mercy" and we pray our community be especially merciful and will give Dan a second chance.

Please feel free to call me at █████████

Thank you for your consideration.  God bless.

Love always/all ways

*Eugene T. Partridge, M.D.*

Eugene T. Partridge, M.D.

Margaret C. Roberts



10/1/16

Hon. Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, New York 14202

Re: Daniel Huzinec

Dear Judge Vilardo:

I am Daniel's Aunt Margaret and have known him all of his life. In addition, we worked together for several years at the Wegmans West Seneca store where my office was located.  After twenty plus years of service I retired from Wegmans where I was the Business Marketing Group Account Representative for the Buffalo and Erie Division. Daniel worked in various departments including front end & pizza through his high school and college years. While a good portion of my time was on the road, when I was in my office & our schedules coincided I looked forward to Daniel coming into my office to catch up on life. We would discuss family, work, school, scouts, movies and life in general. He was a delight and easy to talk to, funny and insightful.

My MBA is from UB so we also had that in common. When it came time for him to graduate, he was shocked that everyone was commenting that he had finished his Bachelors degree in four years. He said isn't that what you are supposed to do? Yes, but as the mother of three boys I know it doesn't always happen that way! I was always impressed with his level of dedication.

When we have family events Daniel is so helpful, both in the kitchen & making new guests feel welcome. Great conversation and maybe a friendly game of chess, which he excels at.  Daniel is the grandson of my sister Maryann. She passed away in 2007. I was so proud to be able to stand in her place when he received his Eagle Scout award. A great accomplishment that he worked very diligently to achieve.

Judge please consider all of these facts. Daniel is a good person and a wonderful part of our family. He made a serious mistake and has expressed his deep regret to me. I pray that you will be lenient on him.

Sincerely,

Margaret C Roberts

Barbara Kern Suffoletto

███████████████

September 7, 2016

Hon. Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, New York  14202

Re: Daniel Huzinec

Dear Judge Vilardo;

   I have known of Daniel Huzinec for many years.  My husband was a scout leader
while Dan was a boy scout.  At special functions, I would see him and he was always
polite and cordial.
   My husband had stage 4 prostate cancer.  He was active with the troop until the last 6
months of his life.  When he no longer went to scout functions, a few of the leaders
would call from time to time to see how he was.  Dan called.
   When my husband came home from the hospital, a month before he passed away, Dan
would call and see how he was.  He came over to the house with 2 scouts to see him.  It
meant so much to my husband.  It was a very difficult thing for the scouts to do.  No
adults ever came to see him. It was 3 days before he passed away.
   It took courage to do this.  I will always be grateful to Dan for doing this for my
husband.  Scouts meant the world to my husband.  Dan, doing this thoughtful gesture,
meant the world to me and my husband.
   I hope this will give you some insight into the kind and thoughtful person Dan is.

Sincerely,
Barbara Kern Suffoletto

Roxanne Anderson



October 12, 2006

Hon. Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, NY  14202

Re: Daniel Huzinec

Dear Honorable Judge Vilardo;

I have known Danny since he was 3 years old.  For 20 years, I have worked in the same business office as his mother, Gretchen, whom I consider as a dear friend.   I have always enjoyed Danny's company when he would visit the office and sometimes have lunch with us.  I have many memories of him talking and asking questions from a very young age.  Always very respectful and interested in what you had to say. He could and would talk to anyone with such sincere interest.

One of his happiest times that I remember was when he was in The Boy's Scouts.  Yes, he became an Eagle Scout, which is a great accomplishment in itself; but his conversations with me he seemed more proud of helping the other Boy's Scouts reach their goals.  This brings to mind that during one of our conversations we discovered that we both suffer from phobias (his from snakes, mine is from mascots). A couple of years later, He remembered my phobia when he started taking his courses in college that dealt with phobia. He came to the office and shared with me coping techniques.  I was so impressed that he remembered and took the time to help me.

I have known his mother, siblings, grandparents, aunt and cousins for 20 years.  Danny's comes from a strong family that love and support him.  I have respect for them all.  Because of my knowledge of Danny and my experiences with him I can separate the case against him and see the young man who is caring and respectful.  I believe that he is sorry for any wrong doing because in my letters that I receive from him he never tries to justify anything and wants to take advantage of any and all the help offered to him by the court. He wants to put this all behind him by doing what the court deems appropriate.

I hope that Danny will be treated with consideration and understanding.


Sincerely,


Roxanne Anderson

Amelia Heppner
Permanent address:



Current Address:

January 20, 2016

Hon. Lawrence J. Vilardo
United States District Court Judge 1 Niagara Square
Buffalo, New York 14202

Re: Daniel Huzinec

Dear Honorable Judge Viraldo,

My name is Amelia Heppner and I am writing this letter on behalf of my good friend Daniel T. Huzinec. I have known Dan since 2006, about 11 years now. We became friends as soon as we met as cashiers at Wegmans grocery store. Currently for work I travel with an amusement business on the east coast. At the moment, it is our off season and I am on holiday in South Africa with my fiancé who lives here.

I would like to take a moment to mention some things about my good friend Dan that I think are important to consider because this is his life and it's important to me and his family. I think that Dan should be given a second chance because the Dan I know is an absolutely amazing person with the biggest heart I've ever encountered. Dan was always such a great friend to me. He would listen with concern and respect when I would confide in him. I had no one to turn to but Dan was always there for me no matter what was going on in his own life.

I lived in a abusive household in high school and Dan would always make sure I was okay and had food to eat and even bought me clothes when I had nothing. He always made himself available and easy to talk to no matter what. When Dan was 15, he went to Bishop Timon St. Jude high school and I remember he was so great at chess. He would stay after school and tutor his classmates before going home and burying himself in his own studies. He always wanted to become intellectually better. Learn more vocabulary, read books and poetry, and excel above and beyond expectations. When Dan was a junior in high school he mustered up the courage to ask me to his school prom. He was a nerd and I was a sports jock but I was humble and flattered he asked me and we had a great time. He was always a gentleman to me. I met his mother Gretchen for the first time that night and she was a sweetheart to me. She took us to Pizza Hut and to our

prom and was always kind. Dan would help me psychologically work out my issues as he wanted to be a psychologist. He always made sure I got my feelings out and always told me to be my true self. He motivated me to be better in school and go grab life by the horns and succeed in something great.  After we graduated high school we became fitness buddies. We would go to the YMCA a few times a week and we motivated each other to be our best selves. When he drove to Florida we talked on the phone for almost 10 hours straight about everything. He always made me laugh and helped brighten my dark world. He would tell me not what I wanted to hear, but advice that I needed to hear. When times were tough I could always 100% count on Dan. He was the first person who taught me how to drive when my family wouldn't help. Dan and his mother took me into their home when I was 18 and let me live with them when I had no where to go. He gave me my own bed and room and made me feel like family. Dan and I have never dated or been romantically involved but he was always my best friend. I could tell him anything and I could, and still would, trust him with my life. I know he is a great and generous and humble person. I know he loves his family, God, dogs, nature, video games, school and work. He loves to learn and teach. He took abuse as a child that no one knows about but he opened up to me. I could see he was hurt as a teenager, just like myself. I asked him to open up to me, judgment free, and he proceeded to break my heart when he told me he was hurt badly for many years by someone he trusted. That pain, anguish, confusion and humiliation as a child put a mask on Dans life. He had no one to turn to and he was afraid to let down his family by confiding in them. I prayed with him, I cried with him, and I loved him even more. Daniel was, and is, my very best friend. I know that I could call him at any time of the day, month, year and he would help me. He is a giver. He will give you the shirt off his back and more. He will give you advice, talk you out of suicide like he did for me, talk to you about your problems and help you get through them. He is a natural born psychologist and I am so proud of him for all of the work he has done in his community and with school. He truly loved his job with the Boy Scouts. He always tried so hard to be the best he could even though he was fighting his own demons. He loves his church. He loves his parents and respects them both even though things have been hard for their family. Dan has a lot to offer society as a humble man who has learned his lesson. I miss him so much but the world is missing him as well. He is an intellectual gift to society and I know that he can come back from this stronger and even more humble than before. I have faith in his humanity and humility. He is a wonderful person. He had no enemies and had no problems with anyone.

Please consider giving Dan a second chance that I KNOW he would give back to society ten fold. He always pays it forward. He helps the homeless and helps those In need. He saved my life by talking me down from suicide when I was so depressed I didn't know who I was. I wouldn't be here if it wasn't for him.

Please consider a break for the life of my best friend. He can excel and help his community and help us all be better people. He can teach and speak of his experiences and I know he can help someone with his advice and wisdom.

I know Dan is so sorry for what he did. I know that he is completely humiliated and ashamed yet DRIVEN to make it right again. He needs a chance to make it right and come back and prove himself to society. He needs a chance to be the man he was meant to be and the man that I know he can be.

Thank you for your time reading this letter and for the opportunity to share with you a few things about Dan. Please please consider a second chance.  God speed, God willing.

Respectfully and with love,

Amelia Heppner

Norman Krause

████████████
████████████

September 12, 2016

Hon. Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, New York 14202


        Re:   *Daniel Huzinec*

Dear Judge Vilardo:

        I am writing on behalf of a fellow Boy Scout Leader, Daniel Huzinec.  I have known Dan since
he entered our Boy Scout Troop 335 (Sponsored at St. Martin of Tours) in 2002.  He rose through the
ranks and earned his Eagle award in 2009.  He stayed on with the troop as a Assistant Scoutmaster.

        Joining Troop 335 In 1978 I have held a number of Leadership Positions on the Committee,
including Committee Chairman from '80 to '90 and, again, since 2015.  I have seen over 260 young
men advance through the ranks, and that includes Dan Huzinec.  I watched Dan show great Leadership
Skills working with our troop and great Community Spirit as we took part in a number of service
projects (e.g. food drives, cemetery enhancements, clothing drives, etc,)

        Being in the Food Industry since 1965, I have been in Management positions in Sales and
Purchasing and grown to know many outstanding people who showed what Character means in
business.  My experience allows me to judge people for who they are and what they are all about.

        My scout relationship with Dan Huzinec permits me to voice my opinion that Dan is a good
human being.  This is a young man who learned Christian Principles at Bishop Timon-St. Jude.
The Scout Program strives to teach good Character and Dan has shown that to all our members.

        I am sure Dan is sorry for any wrongdoing.  I know that because I know Dan Huzinec.
I ask Your Honor to consider leniency in this case.  Incarceration would be very detrimental to this
young man.

        Thank you for taking the time to read this letter.

                                    Respectfully yours,

                                    *Norman Krause*

                                    Norman Krause

Joseph Kwiatkowski

██████████

October 3, 2016

Hon. Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, New York 14202

        Re:     *Daniel Huzinec*

Dear Judge Vilardo:

        My name is Joseph Kwiatkowski and I am a senior undergraduate student at Canisius College studying Psychology on a Pre-Medical track.  I first met Dan 10 years ago when I joined Boy Scouts.  I have always looked up to Dan as a leader and role model.  Even when we were younger and both scouts, Dan was always a good leader and someone all the scouts looked up to.  Dan was always able to communicate well with people.  This is a quality that made him a good leader.  There are also many other qualities that Dan has that made him a good leader and an even better person

        Dan is and has always been a person that cares about the well being of others.  As a leader in scouts, he has always been the one whom all the scouts could go to and felt confortable talking to.  He was always there when you needed someone to talk to.  He is a great person and has always set a good example for the scouts.  Through being a scout leader, Dan has also done a lot to help in the community.  He has helped with raising headstones at our local cemetery, made bird and bat houses for parks in the area, place flags on the graves of service men, and helped tutor some of the scouts just to name a few.  Dan always gave it his all in everything he did.

        The biggest thing Dan has done to help the community is dedicate his time to scouts.  I have never seen another leader more active, concerned, and dedicated to helping these kids.  He played a very active role as a leader in the troop by planning numerous trips, meeting activities, and attending many service projects and trips with the troop.  He put so much time in planning all the trips and activities because he cares for the scouts and wants them to have a good experience along with learning skills that they will need all throughout life.  Without Dan as a leader, many of the troop activities would not have happened and many of the scouts would have missed out on many learning opportunities and chances to gain these important life skills.

        I believe Dan should be given a break.  One bad decision does not make him a bad person.  He has done so many great things for the scouts, his friends, and the community.  This one bad decision should not ruin the rest of his life.  When I went to see him at the holding facility, I saw and heard a man who is sorry for what he has done.  Being in the holding center has given him time to think and reflect on what he has done and he has realized that what he had done was wrong and is sorry for it and sorry to everyone he has affected.  He has the potential to do so much more for the community and have a positive influence on others.  He has been punished for what he has done and I believe that he has learned form this punishment.  Please give him a break and his life back.

                                        Sincerely,

                                        *[signature]*

                                        Joseph Kwiatkowski

Mary Terhart



Hon. Lawrence J. Vilardo

United States District Court Judge

1 Niagara Square

Buffalo, New York 14202

Re: Daniel Huzinec

Dear Judge Vilardo

I have known Dan Huzinec for many years. His mother and my mother worked together at Hills Dept. Store. When we were younger I use to keep an eye on him while our mom's worked on a weekend or holidays. I currently work as a Senior Employment Counselor for Erie County and I have kept in contact through the years with both Daniel and his mother.

Daniel was always a good kid. He always paid attention to directions and was well mannered. He was very focused. I think he realized at an early age what he wanted to do with his life. It didn't surprise me that he chose to go to college for psychology and then get a job taking care of others at his job at Child and Family Services. We would see each other off and on when our moms got together for visits. It was always easy to sit down and talk with him about his goals and future. He was way more put together than me. Even when he spoke of the more difficult days at work he would usually tell me that he know what he was getting into and he wanted to keep trying to make a difference for someone. Even when he got older he would still come around and visit with me and mom. He really enjoyed spending time with us and we felt the same way about him. He have stayed friends through the years and socialized often. He was always put together, social and very funny. I really enjoy his company.

I remember once when he was younger, I took him to a playground while our moms had a visit. We sat on the swings and talked for a while until he noticed a few other kids playing together. He asked if he could go see if they wanted to play with him and I asked if he knew these kids. Re replied that he didn't know them yet, but he was going to make friends now. He did do just that. He went right over to a bunch of kids around his own age and just started talking and running around with them. It was like he knew them forever! I was so proud of him. I could never have gone up to a bunch of kids I didn't know and try to make friends. He is so friendly and easy going. Everyone was his friend. I am happy to say that I am still his friend and support him fully. I know he is sorry for what he had done and he regrets his actions. Please be lenient with his sentencing. I have confidence that when he is released he will lead a positive productive life. He will make us proud. I believe in him.

Thank you,

Mary Terhart

Mary Terhart

# Dempsey & Dempsey

Attorneys and Counselors at Law
561 Franklin Street   Buffalo, New York 14202
phone:  (716) 885-8645
fax: (716) 885-8569

HELEN KANEY DEMPSEY
JOHN MASON DEMPSEY
PATRICK J. MALONEY
CATHERINE B. DEMPSEY
SARAH E. SIRACUSA

EILEEN M. LAMARCA, RN
Nurse Consultant

ANN HALLER TRIMPER, PLS, RP
Litigation Coordinator

E-mail
October 14, 2016

Hon. Lawrence Vilardo
United States District Court
One Niagara Square
Buffalo NY 14202

      **Re:   Daniel Huzinec**

Dear Justice Vilardo:

I have known Dan since he was born.  His grandmother, Maryanne Knott, was my first cousin.  I see Dan at family parties and our annual Fourth of July party.

I believe Dan is a good young man.  I remember when he became an Eagle Scout and how proud he was of this accomplishment. He has an excellent work ethic as demonstrated by his graduating from ECC and going on to get his college degree from UB in Psychology.  He worked at odd jobs to pay for his education.  As far as I know, he was pursuing a Masters in Social Work at UB at the time of his arrest.

I believe he now understands the gravity of the offense he committed and is truly sorry for not only what he did, but also the heartache he has caused his parents and the rest of the family.

I hope that the Court will take into account his clean criminal record up until his plea of guilty, his young age at the time of arrest, the loss of his license as a social worker and the fact that he has spent 33 months in custody already.  A sentence of probation is reasonable under all the circumstances, and I ask the Court to impose this sentence.

Thank you for your consideration in this matter.

          Very truly yours,

          DEMPSEY & DEMPSEY

By          HELEN KANEY DEMPSEY

HKD:smp



BUFFALO SABRES

September 26, 2016

Hon. Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, New York 14202

Re:  Daniel Huzinec

Dear Judge Vilardo:

I have known Daniel Huzinec and his family for more than 10 years.  I have worked with his mother for over 10 years and I think of him as family. I am the administrative assistant to Terry & Kim Pegula at the Buffalo Sabres.

Dan is a good person.  I have seen him grow into a very generous and thoughtful young man.  In high school Dan was always very committed to his studies and did very well at Bishop Timon High School and then at University of Buffalo. Both his family and his friends were so proud of his academic accomplishments.  His degree in Psychology enabled him to transition right into the working world by helping others at Child and Family Services. Many times he would bring clients in to tour our arena and offices. Everyone was so impressed. I helped him set up a Sabres Suite to take 18 people from the center to enjoy a Sabres game. All of their food and drinks were taken care of for the group.  I was able to stop in and check in with him that night and see how it was going. The clients I spoke to were beyond thrilled to be there. It was better than any Christmas they had ever seen. That is the type of person Dan is. He is thoughtful and dedicated and was always willing to spend his free time making others happy.

I have had the opportunity to speak with Dan at times when he has called his mother at work. He is deeply sorry and regrets his actions.  He is a good person who made a mistake and he hopes to be able to enter society again and make us all proud once more.  I believe Dan deserves leniency in his sentencing.

Sincerely,

Nadine Leone
Team Concierge/Executive Assistant

Margaret Redmond



Hon. Lawrence J. Vilardo
United States District Court Judge –
1 Niagara Square
Buffalo, New York 14202

Re: Daniel Huzines

Dear Judge Vilardo,

My husband, Dan, and I have known Dan
for many years. He was our neighbor on Dunlee
Street since infancy.

My husband is a retired Buffalo Police
Inspector and I am also retired from the
Buffalo Police Department after thirteen years
as a Report Technician.

Because our daughter, Mollie, was Dan's
babysitter, he was at our house many times.
During this time, I remember him as an energetic

...fun and always with a big smile on his face.

Growing up, he was active in school at St. Martins; very involved with the chess team at Bishop Timon. We saved many bottles for him from the Boy Scouts for the fundraisers they would have.

In later years, I would see him at our local Wegmans. He told me he was attending college.

Dan comes from a close-knit family. His mother's family and mine go back decades. Gretchen and Tom are hard-working people and I am very fond of them both.

Upon learning of Dan's present situation, I can honestly say that I find this to be totally out of character from the young man I have known.

Sincerely,
Marguerite Redmond

10/7/16

Hon Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Bflo, ny 14202

Re: Daniel Huzinec

Dear Judge Vilardo,

Dan's mother and I have been friends for over thirty years. I have seen Dan evolve from a young boy to a hard working man.

His mom could not be more proud of all his accomplishments. He excelled in everything he put his heart into — church activities, school, sports and his career.

He was always her comfort with his love and support through some of her most difficult times

I have worked on the front lines of the Dept of Social Services this over thirty years.

I have seen so many people over the course of my time there. I often wonder what happens to them.

How sad is it that so many of them do not have the support of family like Dan does.

I hope you will look at Dan and know that there are family and friends who will be there for him giving him the love and guidance he needs to go forward with his life.

Please take this information I provided into consideration when determining a sentence for Dan.

Thank you

Christine Lynn



Karra Schultz

September 8, 2016

Hon. Lawrence J. Vilardo
United States District Court Judge
1 Niagara Square
Buffalo, NY 14202

Re: Daniel Huzinec

Dear Judge Vilardo,
         I have known Dan for three
years, having worked with him at
Connus Children's Center in Buffalo, NY.
I am the Crisis Prevention Specialist at
this residential facility for children
with severe emotional disturbance and I
work very closely with the unit staff, as
I did with Dan.
         It takes a special person to
work at our facility and endure
such mentally and physically exhausting
circumstances with our traumatized youth,
and Dan showed excellent skills
and professionalism. He was actually

One of my favorite people to work with as I knew he was at Conners to help the children altruistically. I spent a great deal of time with him teaching him many ways to therapeutically intervene with our children, and I feel it was evident how much he truly cared for the children. In general, I believe he is a very sincere and genuine person, whether at Conners, the Boy Scouts, or even being a friend.

I know that Dan is sad and disappointed to be where he is right now, as he had his future planned.

I believe Dan should receive leniency at sentencing as he is a respectable and responsible person in many people's eyes.

Sincerely,

Karra Schultz